No. 111, Orig.   DELAWARE v. NEW YORK.   Motion of North Carolina for leave to intervene referred to the Special Mas-

ter. Report of the Special Master on motions to intervene received and ordered filed. [For earlier order herein, see, e. g., 490 U. S. 1104.]